Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.:  18−32922−JKS
                          Chapter:  13
                          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jessica F. Gomez
   302 Belmont Avenue
   Haledon, NJ 07508

Social Security No.:
   xxx−xx−8594

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/18/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 19, 2019
JAN: zlh

                                                                             Jeanne Naughton
                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                 Case No. 18-32922-JKS
Jessica F. Gomez                                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                  Page 1 of 1                  Date Rcvd: Feb 19, 2019
                              Form ID: 148                 Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2019.
db             +Jessica F. Gomez,    302 Belmont Avenue,    Haledon, NJ 07508-1406
517879852      +Bayview Loan Services,    P.O. Box 650091,    Dallas, TX 75265-0091

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2019 01:26:03     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2019 01:26:00      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517988265      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 20 2019 01:26:20
                 BAYVIEW LOAN SERVICING,    4425 PONCE DE LEON BLVD,   CORAL GABLES, FL 33146-1837
517996810      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 20 2019 01:26:20
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
517910267      +EDI: AGFINANCE.COM Feb 20 2019 05:58:00      OneMain,   PO Box 3251,   Evansville, IN 47731-3251
                                                                                               TOTAL: 5

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2019 at the address(es) listed below:
      Aileen Perez    on behalf of Debtor Jessica F. Gomez aperezesq@yahoo.com, aperezesq@yahoo.com
      Denise E. Carlon    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jill Manzo    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Peter E. Meltzer    on behalf of Creditor   OneMain Financial Group, LLC pmeltzer@wglaw.com,
                ibernatski@wglaw.com
      Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7